HENRY GLAVOCICH, PROSECUTOR, v. ROBERT W. EMERY, RECORDER OF HOBOKEN RECORDER'S COURT, AND HOBOKEN RECORDER'S COURT, DEFENDANTS.

Submitted May 6, 1941—Decided July 17, 1941.

Before Justices BODINE, PERSKIE and PORTER.

For the prosecutor, *Jacob J. Levey.*

For the defendants, *John J. Fallon.*

PER CURIAM.

The prosecutor seeks to review his conviction by the Recorder's Court of Hoboken of being a disorderly person in violation of *N. J. S. A.* 2:201-1, *et seq.*

The sole question is whether the Recorder's Court was divested of jurisdiction by the creation of the Court of the Fourth Criminal Judicial District of Hudson County by chapter 201 *Pamph. L.* 1940, *et seq.; N. J. S. A.* 2:212-4.1, *et seq.*

This same question was raised in the case of *Lanning* v. *Hudson County Court of Common Pleas et al.,* 127 *N. J. L.* 10. The opinion in that case, being filed this day, is that the statute, *supra,* creating the Criminal Judicial District Courts does not divest the municipal criminal courts of jurisdiction to try and determine violations under the "Disorderly Persons Law," *supra.* For the reasons therein expressed the writ in the instant case is dismissed, with costs.